IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01476-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendants.

---

## ORDER DISMISSING PARTY WITH PREJUDICE

---

THIS MATTER is before the Court on plaintiff, TCYK, LLC's, Notice Of Voluntary Dismissal With Prejudice Of John Doe 18 Pursuant To Fed. R. Civ. P. 41(a)(1)(A) [ECF No. 14], filed on August 4, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, John Doe 18, should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that defendant, John Doe 18, is **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that plaintiff, TCYK, LLC, **shall amend the case caption on future filings to reflect the dismissal of John Doe 18**.

Dated: August 9, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge